CR218- 047

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEOGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | Conspiracy to Possess |
| MAKEDA ATKINSON, | ) | with Intent to Distribute |
| a/k/a "Duck," | ) | and to Distribute Controlled |
| a/k/a "Bubba," and | ) | Substances |
| DONALD ADAMS, | ) | |
| a/k/a "Don." | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Distribution of Controlled |
| | ) | Substances |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Counts 1-6:   Distribution of Controlled Substances
21 U.S.C. § 841(a)(1)

- Not more than twenty (20) years of imprisonment
- Not more than a $1,000,000 fine
- Not less than three (3) years of supervised release
- $100 special assessment

However, if the defendant has a prior qualifying drug felony conviction then:

- Not more than thirty (30) years of imprisonment
- Not more than a $2,000,000 fine
- Not less than six (6) years of supervised release
- $100 special assessment

1

However, if death results (related to **Count Three** of the Indictment), then: (See 21 U.S.C. 841(b)(1)(C))

- Not less than 20 years of imprisonment, not more than life
- Not more than a $1,000,000 fine;
- Not less than 3 years of supervised release;
- $100 special assessment

However, if death results and the defendant has at least one prior felony drug conviction, then

- Not less than life in prison;
- Not more than a $2,000,000 fine;
- Not less than 6 years of supervised release;
- $100 special assessment.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/*

E. Greg Gilluly, Jr.
Assistant United States Attorney
TN 019397

22 N. Barnard Ste. 300
Savannah, GA 31401
912-652-4422