GAS 187(Rev. 07/08) Exhibit and Witness List

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA

v.

DONALD ADAMS

EXHIBIT AND WITNESS LIST

CASE NUMBER: 218-CR-47

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Benjamin W. Cheesbro | Jennifer Kirkland | Alan Tucker |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3-7-2019 | FTR-BWK-CR3 | Kim Mixon |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/7/19 | X | X | CD of police interview with Donald Adams |
| 2 | | 3/7/2019 | X | X | Miranda Warning Rights and Waiver Form |
| 3 | | 3/7/2019 | X | X | Transcript from Bond Hearing for Defendant Donald Adams |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1    Pages