

# GLYNN COUNTY POLICE DEPARTMENT
Miranda Warning Rights and Waiver Form



DATE: **09/27/18**   TIME: **0615**   PLACE: **GCPD**

MY NAME IS: **DONALD ADAMS**   I AM **61** YEARS OLD.

MY ADDRESS IS: **1620 REYNOLDS STREET**

I COMPLETED THE **12** GRADE IN SCHOOL. I KNOW THAT

**S. LOWREY**

IS AN OFFICER WITH THE GLYNN COUNTY POLICE DEPARTMENT.

HE/SHE TOLD ME THAT:

1. I HAVE THE RIGHT TO REMAIN SILENT.
2. ANYTHING I SAY OR WRITE CAN BE USED AGAINST ME IN A COURT OF LAW.
3. I HAVE THE RIGHT TO TALK TO A LAWYER AND HAVE HIM PRESENT WITH ME WHILE I AM BEING QUESTIONED.
4. IF I CANNOT AFFORD AN ATTORNEY, ONE WILL BE APPOINTED TO REPRESENT ME BEFORE ANY QUESTIONING, IF I WISH.
5. I CAN DECIDE AT ANY TIME TO EXERCISE THESE RIGHTS AND NOT ANSWER ANY QUESTIONS OR MAKE ANY STATEMENTS.

I UNDERSTAND MY RIGHTS. HAVING THESE RIGHTS IN MIND, I AM FREELY AND VOLUNTARILY WILLING TO TALK ABOUT:

I HAVE NOT BEEN THREATENED. I HAVE NOT BEEN PROMISED ANYTHING. I HAVE NOT BEEN FORCED IN ANY WAY TO ANSWER QUESTIONS OR TO MAKE ANY STATEMENTS.

Sign: _____   Officer: _____

Witness: _____

1. You have the right to remain silent.
2. Anything you say can and will be used against you in a court of law.
3. You have the right to talk to a lawyer or have one with you when being questioned.
4. If you cannot afford to hire a lawyer, one will be appointed to represent you, if you wish.
5. You can decide at any time to exercise these rights and not answer any questions or make any statements.



A Golden Past.
A Shining Future.