**CRIMINAL MINUTES**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | | |
|---|---|---|---|
| **CASE NO.** 2:18-cr-47 | **DATE** 3/5/2019 | **TIME** 1:48-2:00 | |
| **USA v.** Donald Adams | **TAPE NO.** FTR-BWK-CR1 | **JUDGE** WOOD | |

**BEFORE BENJAMIN W. CHEESBRO, U.S. MAGISTRATE JUDGE**    **INTERPRETER:**

| | | |
|---|---|---|
| X | **DEFENDANT PRESENT** | |
| X | **COUNSEL FOR DEFENDANT** | Alan Tucker |
| X | **ASSISTANT U.S. ATTORNEY** | Jennifer Kirkland |
| X | **DEPUTY CLERK** | Kim Mixon |
|   | **U.S.P.O** | |
| X | **U.S. MARSHAL** | X  Jay Ciambrone    X  Marty Fitzgurls    Jason Parnell |

MOTIONS HEARING.

1:00-Court to hear argument on Defendant's motions first. No Notice to Counsel form submitted by Defendant. Court goes through motions one at a time.
As to the status of discovery, Government states it has received new discovery to include new autopsy report, 911 calls and victim's cell phone log and will get that uploaded tonight. Discovery is considered supplemental production.
As to status of motions:
#25-Motion for Discovery. Motion is unopposed.
#26-Motion for Jencks Act Material. Motion is unopposed.
#27-Motion for Leave to File Additional pretrial motions. Motion is unopposed.
#28-Motion for Dislcousre of Rule 404 (b) evidence. Motion is unopposed.
#29-Motion for Disclosure of Identity and to interview informants. No issues for Court to resolve on the motion at this time.
#30-Motion for Witness List. Government opposes this motion and states the Government does not provide witness lists ahead of time. Court reminds counselors to review and comply with local rules. Nothing for Court to take up on this motion at this time.
#31-Motion for Release of Brady Materials. This motion is unopposed.
#32-Motion for Discovery. This motion is unopposed.
#33-Motion for Disclosure of Grand Jury proceedings. Nothing for court to resolve on this motion at this time.
As to issue on Voluntariness of Statements, Government seeks a hearing on the matter. Court will set hearing within ten days from today.
As to Government's Motion for Reciprocal Discovery, #57, the Motion is unopposed.
Court will issue a written order.
Nothing further from parties. Court adjourns. 2:00