**CRIMINAL MINUTES**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | | | | |
|---|---|---|---|---|---|
| **CASE NO.** | 2:18-cr-47 | **DATE** | 3/7/2019 | **TIME** | 1:52-2:28 |
| **USA v.** | Donald Adams | **TAPE NO.** | FTR-BWK-CR3 | **JUDGE** | WOOD |

**BEFORE BENJAMIN W. CHEESBRO, U.S. MAGISTRATE JUDGE**       **INTERPRETER:**

| | | | | |
|---|---|---|---|---|
| X | **DEFENDANT PRESENT** | | | |
| X | **COUNSEL FOR DEFENDANT** | Alan Tucker | | |
| X | **ASSISTANT U.S. ATTORNEY** | Jennifer Kirkland | | |
| X | **DEPUTY CLERK** | Kim Mixon | | |
|   | **U.S.P.O** | | | |
| X | **U.S. MARSHAL** | X   Jay Ciambrone | X   Marty Fitzgurls | Jason Parnell |

MOTIONS HEARING.
Here on defendant's motion as to voluntariness of statements.
Government witness Stephen Lowrey, Glynn Co. PD. Witness sworn.  1:55-2:06.
Government's Exhibit 2 (Miranda Rights Form) admitted without objection.
Government's Exhibit 1 (CD recording of interview) admitted without objection.
Defense cross 2:06-2:12. Government redirect 2:12.
Defense witness Donald Adams. Defendant sworn. 2:13-2:17. Government cross-2:18-2:23.
Government Exhibit 3 (Transcript from Defendant's bond hearing) admitted without objection.
Defense argument 2:26.
Court has received and reviewed the interview video and will review it again.  Court will take the matter of voluntariness of statements under advisement and get an order issued.
2:28.