# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 2:18-cr-47 |
| DONALD ADAMS, | |
| Defendant. | |

## O R D E R

On March 5, 2019 and March 7, 2019, the above cause having come before the Court on a Motions hearing. The following rulings having been made orally, said rulings are hereby made the judgment of the Court:

Defendant's Motion for a <u>Jackson v. Denno</u> hearing is TAKEN UNDER ADVISEMENT OF THE COURT.[1]

All other pretrial motions, Defendant's Motions, docs. 25-33, and the Government's Motion for Reciprocal Discovery, doc. 57, are hereby **DENIED AS MOOT.**

**SO ORDERED**, this 8th day of March, 2019.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant did not file a written Motion for a <u>Jackson v. Denno</u> hearing on the docket, but made an oral motion at the Motions Hearing held on March 5, 2019. The Government requested that they be afforded time to prep for argument on this motion and an additional Motions Hearing was held on March 7, 2019. The Motion was fully argued and has been taken under advisement of the Court.