# United States District Court

## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR218-47**

United States of America

vs.

**Donald Adams**
**1:07 - 1:45**

_____

Defendant/Age

**Greg Gilluly**
_____

U. S. Attorney

**Alan Tucker**
_____

Attorney for Defendant

[✓] Plea agreement  **(Received).**       [✓] Defendant Sworn       [ ] Counsel Waived.

[ ] Plea agreement previously filed.

[ ] Arraigned and plead _____ to count(s) _____ .

[✓] Plea of not guilty withdrawn and plea of _____ **Guilty** _____ entered as to count(s)

_____ **One (1)** _____ of the indictment.

[✓] Factual basis **Established.**  **Oral.**  **Plea Accepted** Witness for factual basis ____**Det. Lowrey**____ [+] .

[✓] Adjudication of guilt  **Made.**

[✓] Referred to probation office for pre-sentence investigation **Yes.**

[✓] Sentencing Scheduled for _____ **Later Date** _____ at _____ **TBD** _____ .

[ ] Bond Continued  _____     Bond modified to  _____ .

Bond set at  _____  _____

[✓] Bond not made defendant in jail.

[✓] Defendant remanded to custody of United States Marshal.

Defendant makes oral motion for release on bond. Court instructs defense to make any motion for bond in writing on the record for the Court to consider.

Honorable  **Lisa Godbey Wood, U. S. District Court Judge**        Date **05/13/2019**

Court Reporter     **Debra Gilbert**        Probation Officer  **Scot Riggs**

Courtroom Deputy Clerk   **Whitney Sharp**        U.S. Marshal   **Marty / Jay**