# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR218-47**　　　　　　　　　　　　　　　DATE **01/21/2020**

TITLE **USA v. Donald Adams**

TIMES **2:03 - 4:57**　　　　　　　　　　　　　　　TOTAL **2 hours 54 minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**　　Courtroom Deputy : **Whitney Sharp**

Court Reporter : **Debra Gilbert**　　　　　　　　　　　　Interpreter :

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Greg Gilluly<br>Jennifer Kirkland | Alan Tucker | |

PROCEEDINGS : **Sentencing**　　　　　　　　　　　　　☑ In Court　　☐ In Chambers

**Objections - Yes ; as to paragraphs 5, 9, 10, 11, 13, 15, 18, 21, 22, 26, 31, 35, and 62.**
**As to those paragraphs not objected to, the Court adopts the findings of fact and conclusion of applicable advisory guidelines.**
**Defense 2:05 - 2:08 / Government 2:08 ; Government Exhibits 1-5 tendered and admitted without objection.**
**Government witness Investigator Lowery 2:09 - 2:38 / Defense cross 2:38 - 2:44 / Government redirect 2:44 - 2:45 / Defense recross 2:45**
**Government witness Glenda Rowell 2:47 - 3:03 / Defense cross 3:03 - 3:12 / Government redirect 3:12 - 3:15 / Defense recross 3:15 - 3:16**
**Government witness S/A Wood 3:17 - 3:19 / Defense cross 3:19**
**Ms. Rowell victim impact statement 3:20 - 3:27**
**Ms. Gorden Victim impact statement 3:27 - 3:28 / Recess 3:29 - 3:51**
**Defense witness Donald Adams 3:52 - 4:05 / Government cross 4:05 - 4:19**
**Government 4:20 - 4:26 / Defense 4:26 - 4:31**
**The Government concedes that paragraphs 5, 9, 10 and 11, that the drug weight is given by way of background.**
**As to paragraphs 13, 15, 18, 21, 22, the Court finds by a preponderance**

(Rev 7/2003)　　　　　　　　　　　　　　　　　　　　　　　　GENERAL CLERK'S MINUTES

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR218-47**　　　　　　　　　　　　　　　　　　　　DATE **01/21/2020**

TITLE **USA v. Donald Adams**

PROCEEDINGS (continued): **Sentencing**

of the credible evidence that these objections are due to be overruled. As to 26, 31, 35 and 62 the Court finds that the guidelines are correctly calculated and the offence level is correctly calculated.

The Court finds a total Offense Level 33 / Criminal History I / Guideline 135-168 Months / 3 year supervised release / $35,000 - $1,000,000 fine / $100 special assessment / no minimum - 20 years maximum / no restitution

Defense witness Donald Adams 4:37 - 4:40 / Government 4:41 - 4:44 / Defendant 4:45 - 4:46

Court - BOP 126 months / 3 years supervised release / standard, special and mandatory conditions of release / recommendation to BOP for evaluation for drug treatment program / no fine / $100 special assessment / DNA sample / no firearms or weapons / substance abuse testing and no tampering / subject to searches / count 3 dismissed / appeal waiver / BOP to determine FCI location.

(Rev 7/2003)　　　　　　　　　　　　　　　　　　　　　　　　GENERAL CLERK'S MINUTES (continued)